UNITED STATES DISTRICT COURT                    **MAKE JS-6**
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-12-6710-R                                    Date: AUGUST 7, 2012

Title:   ALAN I. SHERMAN -V- CRAIG MCGAUGHEY et al
=======================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

        William Horrell                              None Present
        Courtroom Deputy                             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

        None                                     None

PROCEEDINGS:     MINUTE ORDER (IN CHAMBERS) SUA SPONTE REMANDING ACTION TO
                 STATE COURT



**A district court must remand a case to state court "if at any time
before final judgment it appears that the district court lacks subject
matter jurisdiction." 28 U.S.C. 1447(c).  Because this is an unlawful
detainer action, a federal question does not present itself.  See
Indymac Federal Bank, F.S.B. v. Ocampo, No. CV 09-2337, 2010 WL
234828, *2 (C.D. Cal. Jan. 13, 2010) (sua sponte remanding an action
to state court for lack of subject matter jurisdiction where plaintiff's
complaint contained only an unlawful detainer claim).  As such,
this case is now REMANDED TO STATE COURT.**

**IT IS SO ORDERED.**



        cc: counsel of record



MINUTES FORM 11                          Initials of Deputy Clerk ___WH____
CIVIL -- GEN